IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE LAZARO BRITO ROSALES,<br>Immigration No. A220-511-129<br><br>    *Petitioner,*<br><br>VS.<br><br>KRISTI NOEM, in Her Official Capacity as Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, in His Official Capacity as Acting Director of U.S. Immigration and Customs Enforcement; MIGUEL VERGARA, in His Official Capacity as Director of the San Antonio Field Office of ICE, Enforcement and Removal Operations; RAYMOND E. THOMPSON, Warden of the Karnes County Immigration Processing Center; and DAREN K. MARGOLIN, Director of the Executive Office for Immigration Review,<br><br>    *Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. SA-25-CV-1872-FB<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is the Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief filed by Petitioner Jose Lazaro Brito Rosales, who is currently in detention in the Karnes County Immigration Processing Center located in Karnes City, Texas, located in the Western District of Texas. (Docket no. 1).

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (docket no. 1) and this Order.  Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on Respondents:  Kristi Noem, in Her Official Capacity as Secretary of the U.S. Department of Homeland Security; Miguel Vergara, in His Official Capacity as the Director of the San Antonio Field Office of

ICE Enforcement and Removal Operations; Todd M. Lyons, in his Official Capacity as Acting Director, of U.S. Immigration and Customs Enforcement; and Daren K. Margolin, Director of the Executive Office for Immigration Review.  *See* FED. R. CIV. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, Raymond E. Thompson of the Karnes County Immigration Processing Center, 409 FM 1144, Karnes City, TX 78118, with copies of the Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. 2241 (docket no. 1) and this Order.  Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service.  In preparing their response, Respondents must consider prior court orders issued in the San Antonio Division of the Western District of Texas in cases such as: *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025)*; Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025), if the case concerns, in whole or in part, the applicability of 8 U.S.C. § 1225 or § 1226 to the petitioner, and identify any material factual differences between facts in this case and the facts presented in those cases.  Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees.  In lieu of a full response, Respondents may choose to file a response indicating that

there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Jose Lazaro Brito Rosales is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Petitioner Jose Lazaro Brito Rosales outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 26th day of December, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE